*Judge Berman*

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

PHAT FASHIONS LLC

V.

VICTORIA'S SECRET STORES BRAND MANAGEMENT, INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CV 02745

TO: (Name and address of Defendant)

VICTORIA'S SECRET STORES BRAND MANAGEMENT, INC.
4 Limited Parkway, Reynoldsburg, Ohio 43068

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Brad D. Rose, Esq. (BR 2740)
PRYOR CASHMAN LLP
410 Park Avenue
New York, New York 10022
(212) 421-4100

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON
CLERK

DATE: MAR 1 4 2008

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                 *Signature of Server*

                                                _____
                                                *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHAT FASHIONS LLC,

                Plaintiff,

- against –

VICTORIA'S SECRET STORES BRAND
MANAGEMENT, INC.,

                Defendant.

Index No. 08-CV-02745

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                              ) ss:
COUNTY OF NEW YORK )

      George W. Sikes III, being duly sworn, deposes and says:

I am not a party to the action. I am over 18 years of age and reside in Suffolk County, New York.

On March 17, 2008 at 11:13 a.m. I served the SUMMONS, CIVIL COVER SHEET, RULE 7.1 DISCLOSURE STATEMENT, COMPLAINT, INDIVIDUAL PRACTICES OF HON. RICHARD M. BERMAN, AND INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE GABRIEL W. GORENSTEIN, by hand upon:

        Victoria's Secret Stores Brand Management, Inc.
        4 Limited Parkway
        Reynoldsburg, Ohio, 43068

by serving CT Corporation, as agent authorized to accept service on their behalf. Ms. Paula Kash, an employee for CT Corporation, accepted service. Ms. Kash is described as a white female, approximately 5'3" tall, approximately 135 pounds, 50 to 60 years of age, having white hair and wearing glasses.

                                                        _____
                                                          George W. Sikes III

Sworn to before me this
17th day of March 2008

_____
Notary Public

        DEBORAH R. VAN ALSTYNE
      Notary Public - State of New York
           No. 01VA6143449
       Qualified in New York County
    Commission Expires April 10, 2010