UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
PHAT FASHIONS, LLC,

        Plaintiff,

    v.

VICTORIA'S SECRET STORES BRAND
MANAGEMENT, INC.,

        Defendant.
----------------------------------------------------------x

Civil Action No.
08 CV 2745 (RMB) (GWG)

ECF

## DEFENDANT'S DISCLOSURE STATEMENT PURSUANT TO FED.R.CIV.P. 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant certifies that VICTORIA"S SECRET STORES BRAND MANAGEMENT, INC. is a wholly-owned subsidiary of LIMITED BRANDS, INC., a publicly traded company, and has no other corporate parents, affiliates, and/or subsidiaries which are publicly held.

Dated: April 11, 2008
New York, New York

COLUCCI & UMANS

By *(signature)*
Frank J. Colucci (FC 8441)
218 East 50th Street
New York, NY 10022
212-935-5700
212-935-5728 Fax
email@colucci-umans.com

*Attorneys for Defendant, Victoria's Secret Stores Brand Management, Inc.*