UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

PHAT FASHIONS LLC,                                 :        **Case Management Plan**

                          Plaintiff,       :        08 Civ. 02745 (RMB)

    - against -                                       :        USDC SDNY
                                                                              DOCUMENT
VICTORIA'S SECRET STORES BRAND       :        ELECTRONICALLY FILED
MANAGEMENT, INC.,
                                                             :        DATE FILED: 4/15/08
                          Defendant.       :

------------------------------------------------------------------x

       The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i)      Joinder of additional parties by _____ May 1, 2008 _____

(ii)     Amend the pleadings by _____ May 1, 2008 _____

(iii)    All discovery to be **expeditiously** completed by August 29, 2008 for fact discovery
        ~~October 31~~ Sept 15, 2008 for expert discovery

(iv)    Consent to Proceed before Magistrate Judge _____ The parties do not consent _____

(v)     Status of settlement discussions _____ Settlement discussions have not yet commenced 9/16/08 @ 9:45 w. the principals

**Sections vi through xi will be set at conference with the Court.**

(vi)    Motions _____

(vii)   Oral Argument _____

(viii)  Joint Pre-Trial Order to be submitted by _____

(ix)    Final Pre-Trial Conference _____

(x)     Trial _____

(xi)    Other _____

**SO ORDERED:** New York, New York
                                4/15/08

                                                                     RMB
                                                           Hon. Richard M. Berman, U.S.D.J.