UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
Phat Fashions, Inc.

        Plaintiff,

    v.

Victoria's Secret Stores Brand
Management, Inc.

        Defendant.
-------------------------------------------------------x

Civil Action No.
08 CV 02745 (RMB)

ECF

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT, in addition to Frank J. Colucci (FC-8441), lead attorney of record, the undersigned appear as attorneys for defendant, Victoria's Secret Stores Brand Management, Inc., in the above-captioned civil action.

Dated:    New York, New York
            April 21, 2008

**COLUCCI & UMANS**

By: _/s/_____
Michael J. Pampalone, III (MP-1474)
David M. Dahan (DD-5864)
218 East 50th Street
New York, New York 10022
Telephone: (212) 935-5700
Facsimile: (212) 935-5728
MPampalone@colucci-umans.com
DDahan@colucci-umans.com

Attorneys for Defendant

-2-

## CERTIFICATE OF SERVICE

It is hereby certified that a copy of the foregoing "Notice of Appearance," which was electronically filed (ECF), has been forwarded via email and Federal Express to plaintiff's attorneys, Philip Hoffman, PRYOR CASHMAN LLP, 410 PARK AVENUE, New York, New York 10022 on this 21st day of April 2008.

*[signature]*
Katherine Lyon