JUN 10 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHAT FASHIONS LLC,

    Plaintiff,

-against-

VICTORIA'S SECRET STORES BRAND MANAGEMENT, INC.,

    Defendants.

08 CV 02745 (RMB)

~~[PROPOSED]~~ ORDER

UPON the Notice of Substitution of Counsel on Consent for Defendant, Victoria's Secret Stores Brand Management, Inc. ("Victoria's Secret"), executed by prior counsel Frank J. Colucci of Colucci & Umans, by Carol Matorin of Victoria's Secret, and Dale Cendali of O'Melveny & Myers LLP; and upon the supporting Declaration of Dale Cendali, dated June 4, 2008;

IT IS ORDERED that O'Melveny & Myers LLP be substituted for Colucci & Umans as attorneys of record for Victoria's Secret.

IT IS FURTHER ORDERED that the appearance of O'Melveny & Myers LLP as counsel in this case shall be entered on the Court's docket. A notation of Dale Cendali, Claudia Ray and Melanie Bradley of O'Melveny & Myers LLP, located at Times Square Tower, 7 Times Square, New York, NY 10036, will be made on the roll of attorneys for the above-captioned case.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/10/08

IT IS FURTHER ORDERED that a copy of this Order shall be served upon all counsel of record in this case.

Dated: June **10**, 2008
New York, New York

                                                        _____
                                                        Honorable Richard M. Berman
                                                        United States District Judge